IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:93-CR-41-F-4

| | | |
|---|---|---|
| RONALD TIMOTHY STEWART, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner Ronald Timothy Stewart's Motion for Reconsideration [DE-174]. For the reasons stated in the court's Order of February 18, 2015 [DE-173], specifically that the petitioner filed his section 2241 motion in the wrong district, the motion is DENIED.

SO ORDERED.

This, the 12 day of March, 2015.

_____
JAMES C. FOX
Senior United States District Judge